IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KENDRA KATRISE DESHAZER**
**ADC # 707085**                                                                                       **PLAINTIFF**

v.                                       No. 3:14-cv-55-DPM

**CITY OF PARAGOULD, ARKANSAS and**
**WILLIAM SHAW, Director, Greene County Jail**           **DEFENDANTS**

### ORDER

Opposed recommendation, № 5, declined. FED. R. CIV. P. 72(b)(3). The Court construes Deshazer's motion to reconsider, № 6, to be an objection, and directs the Clerk to change the docket accordingly. The Court would appreciate further consideration and a recommendation on equitable tolling based on the new facts alleged and anything else Judge Young believes is material.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 April 2014