# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KENDRA KATRISE DESHAZER**
**ADC# 707085**                                                              **PLAINTIFF**

v.                     No. 3:14-cv-55-DPM-HDY

**CITY OF PARAGOULD, ARKANSAS and**
**WILLIAM SHAW, Director, Greene County Jail**        **DEFENDANTS**

## ORDER

Opposed recommendation, № 25, adopted and objection, № 27, overruled on *de novo* review. FED. R. CIV. P. 72(b)(3). Deshazer simply waited too long to pursue what looks like a strong civil case against Shaw. No claim against Paragould exists.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2014