IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENDRA KATRISE DESHAZER
ADC# 707085                                                          PLAINTIFF

v.                          No. 3:14-cv-55-DPM

CITY OF PARAGOULD, ARKANSAS and
WILLIAM SHAW, Director, Greene County Jail          DEFENDANTS

JUDGMENT

Deshazer's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2014